IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BOBBY VINYARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 21-2043-CSB-EIL |
| | ) | |
| ILLINOIS DEPARTMENT OF HUMAN SERVICES, and TAMMY NEMETH | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### THIRD JOINT MOTION TO AMEND SCHEDULING ORDER

NOW COMES Plaintiff, BOBBY VINYARD, by and through his attorney, Paul Mollica, and Defendants, ILLINOIS DEPARTMENT OF HUMAN SERVICES ("IDHS") and TAMMY NEMETH, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, pursuant to Federal Rule of Civil Procedure 16(b)(4), and hereby move to modify the current Scheduling Order (Feb. 1, 2022 docket) to extend the discovery deadline to December 30, 2022 and to extend the dispositive motion deadline to January 30, 2023. The parties state the following in support:

1. On February 1, 2022, the Court granted the parties' joint motion to amend the scheduling order, setting the following deadlines: discovery closes on October 3, 2022, dispositive motions due November 1, 2022, final pretrial conference to February 6, 2023, and trial on February 21, 2023. (Feb. 1, 2022 docket).

2. The parties scheduled multiple depositions, which were to take place in August and September, but due to personal and professional reasons, the parties determined the depositions required rescheduling. Further, the parties anticipate additional written discovery may be necessary depending on the testimony borne out in depositions.

3. Consequently, the parties propose the following amendments to the current schedule:

    a. Discovery deadline of December 30, 2022;

    b. Dispositive motions deadline of January 30, 2023;

    c. Pretrial conference and trial reset accordingly.

4. The parties believe an extension of the current discovery deadline is necessary in order to pursue discovery to clarify issues that may aid in settlement negotiations and resolve outstanding issues in the event the case proceeds to trial.

WHEREFORE, the parties, Plaintiff Bobby Vinyard and Defendants, Illinois Department of Human Services and Tammy Nemeth, jointly move this honorable Court to amend the scheduling order as detailed above and by resetting the final pretrial conference and jury trial settings in this action.

Respectfully submitted,

| BOBBY VINYARD, | ILLINOIS DEPARTMENT OF HUMAN SERVICE AND TAMMY NAMETH, |
|---|---|
| Plaintiff, | Defendants, |
| Paul W. Mollica, | KWAME RAOUL, Attorney General, State of Illinois, |
| Attorney for Plaintiff, | Attorney for Defendants, |
| By: s/ Paul W. Mollica (w/ consent)<br>Equip for Equality<br>20 N. Michigan Ave., Suite 300<br>Chicago, IL 60602<br>312-895-7350<br>Email: paulm@equipforequality.org | By: s/ Taylor Traynoff, #6330557<br>Assistant Attorney General<br>500 South Second Street<br>Springfield, IL 62701<br>(217) 785-4555<br>Email: taylor.traynoff@ilag.gov |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| BOBBY VINYARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 21-2043-CSB-EIL |
| ILLINOIS DEPARTMENT OF | ) | |
| HUMAN SERVICES, and | ) | |
| TAMMY NEMETH | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2022, I electronically filed the foregoing *Third Joint Motion To Amend Scheduling Order*, with the Clerk of the Court using the CM/ECF system, which will send notification of same to the following:

Paul W. Mollica
Laura J. Miller
Andrew Webb
Equip for Equality
20 N. Michigan Ave, Ste. 300
Chicago, IL 60602

and I hereby certify that on the same date, I mailed by United States Postal Service, the described document to the following non-registered participant:

NONE

Respectfully submitted,

By: s/Taylor Traynoff
Taylor Traynoff
Assistant Attorney General