E-FILED
Wednesday, 18 January, 2023  08:47:51 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| BOBBY VINYARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 21-2043-CSB-EIL |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| HUMAN SERVICES, and | ) | |
| TAMMY NEMETH | ) | |
| | ) | |
| Defendants. | ) | |

## PARTIES' JOINT STATUS REPORT

NOW COMES Plaintiff, BOBBY VINYARD, by and through his attorney, Paul W. Mollica, and Defendants, ILLINOIS DEPARTMENT OF HUMAN SERVICES ("IDHS") and TAMMY NEMETH, by and through their attorney, Kwame Raoul, Attorney General of the State of Illinois, to give the current status in the negotiations in this matter. The parties continue to negotiate a settlement in this matter in good faith. They have not yet to come to an agreement on the exact terms, but believe they have made considerable progress since the end of December.

Respectfully submitted,

| | |
|---|---|
| BOBBY VINYARD, | ILLINOIS DEPARTMENT OF HUMAN SERVICE AND TAMMY NAMETH, |
| Plaintiff, | Defendants, |
| | |
| Paul W. Mollica, | KWAME RAOUL, Attorney General, State of Illinois, |
| Attorney for Plaintiff, | Attorney for Defendants, |
| | |
| By:    s/ Paul W. Mollica | By: s/ Salena Young |
| Equip for Equality | Assistant Attorney General |
| 20 N. Michigan Ave., Suite 300 | 500 South Second Street |
| Chicago, IL 60602 | Springfield, IL 62701 |
| 312-895-7350 | (217) 785-4555 |
| Email: paulm@equipforequality.org | Email: Salena.Young@ilag.gov |

2:21-cv-02043-CSB-EIL   # 31   Filed: 01/18/23   Page 2 of 2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 18, 2023, I electronically filed the foregoing *Parties' Joint Status Report*, with the Clerk of the Court using the CM/ECF system, which will send notification of same to the following:

Salena Young
Illinois Attorney General
500 South Second Street
Springfield, IL 62701

By:   s/Paul W. Mollica
Attorney for Plaintiff