# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BOBBY VINYARD, | ) |
| Plaintiff, | ) |
| vs. | ) No. 21-2043-CSB-EIL |
| ILLINOIS DEPARTMENT OF HUMAN SERVICES, and TAMMY NEMETH | ) |
| Defendants. | ) |

## PARTIES' JOINT STATUS REPORT

NOW COMES Plaintiff, BOBBY VINYARD, by his attorney, Paul W. Mollica, and Defendants, ILLINOIS DEPARTMENT OF HUMAN SERVICES ("IDHS") and TAMMY NEMETH, by their attorney, Kwame Raoul, Attorney General of the State of Illinois, to give the status in the negotiations in this case. The parties have reached agreement on a monetary figure and are drafting the settlement paperwork to finalize the agreement.

Respectfully submitted,

| | |
|---|---|
| BOBBY VINYARD, | ILLINOIS DEPARTMENT OF HUMAN SERVICE AND TAMMY NAMETH, |
| Plaintiff, | Defendants, |
| Paul W. Mollica, | KWAME RAOUL, Attorney General, State of Illinois, |
| Attorney for Plaintiff, | Attorney for Defendants, |
| By: s/ Paul W. Mollica<br>Equip for Equality<br>20 N. Michigan Ave., Suite 300<br>Chicago, IL 60602<br>312-895-7350<br>Email: paulm@equipforequality.org | By: s/ Salena Young<br>Assistant Attorney General<br>500 South Second Street<br>Springfield, IL 62701<br>(217) 785-4555<br>Email: Salena.Young@ilag.gov |

# CERTIFICATE OF SERVICE

      I hereby certify that on February 17, 2023, I electronically filed the foregoing *Parties' Joint Status Report*, with the Clerk of the Court using the CM/ECF system, which will send notification of same to the following:

Salena Young
Illinois Attorney General
500 South Second Street
Springfield, IL 62701

                                            By:   s/Paul W. Mollica
                                                        Attorney for Plaintiff