IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| BOBBY VINYARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 21-2043-CSB-EIL |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| HUMAN SERVICES, and ) | |
| TAMMY NEMETH ) | |
| ) | |
| Defendants. ) | |

**PARTIES' FED. R. CIV. P. 41(a)(1)(A)(ii) STIPULATION OF DISMISSAL**

NOW COMES Plaintiff, BOBBY VINYARD, by his attorney, Paul W. Mollica, and Defendants, ILLINOIS DEPARTMENT OF HUMAN SERVICES and TAMMY NEMETH, by their attorney, Kwame Raoul, Attorney General of the State of Illinois, to file this stipulation of dismissal with prejudice, with all sides assuming their own fees, costs, and expenses.

Thursday, June 1, 2023.

Respectfully submitted,

| | |
|---|---|
| BOBBY VINYARD, | ILLINOIS DEPARTMENT OF HUMAN SERVICE AND TAMMY NAMETH, |
| Plaintiff, | Defendants, |
| Paul W. Mollica, | KWAME RAOUL, Attorney General, State of Illinois, |
| Attorney for Plaintiff, | Attorney for Defendants, |
| By:  s/ Paul W. Mollica | By: s/ Salena Young |
| Equip for Equality | Assistant Attorney General |
| 20 N. Michigan Ave., Suite 300 | 500 South Second Street |
| Chicago, IL 60602 | Springfield, IL 62701 |
| 312-895-7350 | (217) 785-4555 |
| Email: paulm@equipforequality.org | Email: Salena.Young@ilag.gov |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 1, 2023, I electronically filed the foregoing *Parties' Fed. R. Civ. P. 41(a)(1)(A)(ii) Stipulation of Dismissal*, with the Clerk of the Court using the CM/ECF system, which will send notification of same to the following:

Salena Young
Illinois Attorney General
500 South Second Street
Springfield, IL 62701

By:   s/Paul W. Mollica
        Attorney for Plaintiff